# FINANCIAL DISCLOSURE REPORT
## Page 1 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 6/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. T R Price Tax Free Bond Fund | A | Dividend | J | T | | | | | See VIII |
| 2. ████ Assets | | | | | | | | | |
| 3. - Bank of America checking ██ | A | Interest | J | T | | | | | |
| 4. - Bank of America savings ██ | A | Interest | J | T | | | | | |
| 5. - Legg Mason Cash Reserve Trust ██ | A | Interest | L | T | | | | | |
| 6. - Putnam Health Sciences Trust ██ | | None | | | Sell | 11/7 | J | A | |
| 7. ANZ Pfd. | | None | | | Redeemed | 12/12 | K | A | |
| 8. Aetna, Inc, Notes | B | Interest | K | T | | | | | |
| 9. Amer. Fin. Cap. Pfd. | B | Interest | K | T | | | | | |
| 10. Damiler/Chrysler Cert. | B | Interest | K | T | Buy | 11/26 | J | | |
| 11. GBB Capital Pfd | B | Interest | K | T | | | | | |
| 12. Farmers Group, Pfd | | None | | | Redeemed | 11/25 | J | A | |
| 13. Local Fin. Cap. Pfd | B | Interest | K | T | | | | | |
| 14. Privatebancorp Cap. Pfd | B | Interest | K | T | Buy | 11/26 | J | | |
| 15. Prov. Cap. Pfd | B | Interest | K | T | | | | | |
| 16. Rouse Cap. Pfd | A | Interest | J | T | | | | | |
| 17. Sterling Bankshares Cap. Pfd | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | | Name of Person Reporting | Date of Report |
|---|---|---|---|---|
| | | | Garbis, Marvin J | 6/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DaimlerChrysler N.A. Notes | A | Interest | K | T | | | | | |
| 19. GMAC Notes | B | Interest | K | T | | | | | |
| 20. Household Fin. Notes | B | Interest | K | T | | | | | |
| 21. Household Fin. Notes (2) | A | Interest | K | T | | | | | |
| 22. Ford Motor Cr. Notes | B | Interest | K | T | | | | | |
| 23. AOL Time Warner Notes | B | Interest | K | T | | | | | |
| 24. GTE South Debs | B | Interest | K | T | | | | | |
| 25. Cadbury Schweppes Del. LP | B | Dividend | K | T | | | | | |
| 26. Ford Motor Cr. Notes (2) | B | Interest | K | T | | | | | |
| 27. Royce Fund T R | A | Dividend | J | T | Buy | 11/7 | J | | |
| 28. Royce Fund Pennsylvania | A | Div&CapGn | J | T | Buy | 11/7 | J | | |
| 29. IRA -1 | | | | | | | | | |
| 30. - Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 31. - Legg Mason Value Trust | A | Cap Gn | L | T | | | | | |
| 32. - Putnam Health Sciences Trust | A | Div &Cap Gn | L | T | | | | | |
| 33. Royce Fund - PA | A | Div & C.G. | L | T | | | | | |
| 34. IRA 2 | | | | | | | | | |
| 35. - Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:
(See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 6/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36.   - Legg Mason Special Investment Trust Fund | C | Cap Gn | M | T | | | | | |
| 37.   -Templeton Foreign Fund | | None | | | Sell | 4/4 | K | A | |
| 38.   -Templeton Foreign Fund | | None | | | Sell | 7/1 | J | A | |
| 39.   - Scudder Flag Investor Communications Fund | | None | | | Sell | 7/2 | K | A | |
| 40.   - Scudder Dreman Financial Services Fund | A | Div&Cap Gn | M | T | | | | | |
| 41.   - Legg Mason Opportunity Trust Fund | A | Div&Cap Gn | M | T | | | | | |
| 42.   - Alliance Technology Fund, Inc. | A | Cap Gn | J | T | | | | | |
| 43.   - Franklin Biotechnology Discovery Fund | A | Div | J | T | | | | | |
| 44.   - Lightpath Technologies, Inc. Cl A | | None | J | T | | | | | |
| 45.   - Corning, Ltd | | None | | | Buy | 1/3 | K | | |
| 46.   - Corning, Ltd. | | | | | Sell | 3/18 | K | E | |
| 47.   - Fed. Eq. Kaufman Fd | A | Cap Gn | K | T | Buy | 7/1 | K | | Also buy 11/7 $28,000 |
| 48.   - Tyco Int, Ltd | A | Dividend | K | T | Buy | 4/4 | K | | |
| 49.     ▓▓▓ IRA | | | | | | | | | |
| 50.   - Legg Mason Value Trust | | None | | | Sold | 3/7* | J | A | See Part VII |
| 51.   - Scudder Dreman Financial Services Fund ▓▓ | A | Cap Gn | J | T | | | | | |
| 52.   - Templeton Foreign Fund ▓▓▓ | A | Div&Cap Gn | J | T | | | | | |
| 53.   - Royce Fund - PA | A | Div&Cap Gn | J | T | | | | | |

| 1 Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| AO-10 |
| Rev. 1/2094 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name. First name. Middle initial)  Garbis, Marvin J | 2. Court or Organization  District of Maryland | 3. Date of Report  6/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge, Senior | 5. ReportType (check appropriate type)  ○ Nomination.　Date  ○ Initial　　◉ Annual　○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  United States Courthouse  101 W. Lombard St.  Baltimore, MD. 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Advisors | University of Baltimore School of Law |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. Ongoing | West Publishing Co., Ronald B. Rubin, Patricia Morgan - Royalties paid by publisher to co-authors of casebook |

RECEIVED Jun 30 11 28 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | West Publishing Co., book royalties | 936 |

### B. Spouse's Non-Investment Income If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Ditchley Foundation | Jan 9 - 12, seminar, Oxford, England, room, meals but not travel |
| 2. | Russian American Rule of Law Consortium | Jan 24 - 25, Boston, MA, seminar, travel, room, meals |
| 3. | EINSHAC | May 8 - 10, seminar, Washington, D.C. room, meals but not travel |
| 4. | ALI-ABA | June 11 - 13, Chicago, IL, faculty, tax course, travel, room, meals |
| 5. | ALI-ABA | Sept 17 - 19, Boston, MA, faculty, patent course, travel, room, meals |
| 6. | EINSHAC | Oct 11 - 14, St. Louis, MO faculty, seminar, travel, room, meals |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 6/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ **NONE**  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   T R Price Tax Free Bond Fund | A | Dividend | J | T | | | | | See VIII |
| 2.   [ ] Assets | | | | | | | | | |
| 3.   - Bank of America checking | A | Interest | J | T | | | | | |
| 4.   - Bank of America savings | A | Interest | J | T | | | | | |
| 5.   - Legg Mason Cash Reserve Trust | A | Interest | L | T | | | | | |
| 6.   - Putnam Health Sciences Trust | | | | | Sell | 11/7 | J | A | |
| 7.   ANZ Pfd. | | | | | Redeemed | 12/12 | K | A | |
| 8.   Aetna, Inc. Notes | B | Interest | K | T | | | | | |
| 9.   Amer. Fin. Cap. Pfd. | B | Interest | K | T | | | | | |
| 10.   Damiler/Chrysler Cert. | B | Interest | K | T | Buy | 11/26 | J | | |
| 11.   GBB Capital Pfd | B | Interest | K | T | | | | | |
| 12.   Farmers Group, Pfd | | | | | Redeemed | 11/25 | J | A | |
| 13.   Local Fin. Cap. Pfd | B | Interest | K | T | | | | | |
| 14.   Privatebancorp Cap. Pfd | B | Interest | K | T | Buy | 11/26 | J | | |
| 15.   Prov. Cap. Pfd | B | Interest | K | T | | | | | |
| 16.   Rouse Cap. Pfd | A | Interest | J | T | | | | | |
| 17.   Sterling Bankshares Cap. Pfd | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. DaimlerChrysler N.A. Notes | A | Interest | K | T | | | | | |
| 19. GMAC Notes | B | Interest | K | T | | | | | |
| 20. Household Fin. Notes | B | Interest | K | T | | | | | |
| 21. Household Fin. Notes (2) | A | Interest | K | T | | | | | |
| 22. Ford Motor Cr. Notes | B | Interest | K | T | | | | | |
| 23. AOL Time Warner Notes | B | Interest | K | T | | | | | |
| 24. GTE South Debs | B | Interest | K | T | | | | | |
| 25. Cadbury Schweppes Del. LP | B | Dividend | K | T | | | | | |
| 26. Ford Motor Cr. Notes (2) | B | Interest | K | T | | | | | |
| 27. Royce Fund T R | A | Dividend | J | T | Buy | 11/7 | J | | |
| 28. Royce Fund Pennsylvania | A | Div&CapGn | J | T | Buy | 11/7 | J | | |
| 29. IRA -I | | | | | | | | | |
| 30. - Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |
| 31. - Legg Mason Value Trust | A | Cap Gn | L | T | | | | | |
| 32. - Putnam Health Sciences Trust | A | Div &Cap Gn | L | T | | | | | |
| 33. Royce Fund - PA | A | Div & C.G. | L | T | | | | | |
| 34. IRA 2 | | | | | | | | | |
| 35. - Legg Mason Cash Reserve Trust | A | Dividend | J | T | | | | | |

| 1 Income/Gain Codes. | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garbis, Marvin J | 6/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 36. - Legg Mason Special Investment Trust Fund | C | Cap Gn | M | T | | | | | |
| 37. -Templeton Foreign Fund | | | | | Sell | 4/4 | K | A | |
| 38. -Templeton Forgeign Fund | | | | | Sell | | J | A | |
| - Scudder Flag Investor Communnications Fund | | | | | Sell | 7/2 | K | A | |
| 40. - Scudder Dreman Financial Services Fund | A | Div&Cap Gn | M | T | | | | | |
| 41. - Legg Mason Opportunity Trust Fund | A | Div&Cap Gn | M | T | | | | | |
| 42. - Alliance Technology Fund, Inc. | A | Cap Gn | J | T | | | | | |
| 43. - Franklin Biotechnology Discovery Fund | A | Div | J | T | | | | | |
| 44. - Lightpath Technologies, Inc. Cl A | | None | J | T | | | | | |
| 45. - Corning, Ltd | | | - | | Buy | 1/3 | K | | |
| 46. - Corning, Ltd. | | | | | Sell | 3/18 | K | E | |
| 47. - Fed. Eq. Kaufman Fd | A | Cap Gn | K | T | Buy | | K | | Also buy 11/7 $28,000 |
| 48. - Tyco Int., Ltd | A | Dividend | K | T | Buy | 4/4 | K | | |
| 49. ███RA | | | | | | | | | |
| 50. - Legg Mason Value Trust | | | | | Sold | 3/7* | J | A | See Part VII |
| 51. - Scudder Dreman Financial Services Fund (IRA) | A | Cap Gn | J | T | | | | | |
| 52. - Templeton Foreign Fund (IRA) | A | Div&Cap Gn | J | T | | | | | |
| 53. - Royce Fund - PA | A | Div&Cap Gn | J | T | | | | | |

1 Income Gain Codes   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2 Value Codes   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3 Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Section VII, Record 1 - The T. Rowe account is, in effect, a money market checking account. Deposits and withdrawals can be viewed as purchasers and sales since the price per share can vary. However, in substance, this is a checking acocunt. The net gain/loss for the year in such transactions was a gain of approximately $50.

Section VII, Record 50 - This asset was sold 3/7/02 but the sale was inadvertently omitted from the 2002 Financial Disclosure Report. Inasmuch as the asset ownership was disclosed on the 2002 report, the sale is reported herein in lieu of an amendment to the 2002 report. An amendment will be filed if requested.

VIII  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Garbis, Marvin J | 6/13/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _June 14, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544